# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **In the Matter of the Seizure of $5,412.00 in United States Currency.** | **Case No. MJ 17-50-GF-JTJ**<br><br>**ORDER** |

    The United States has filed a motion to file under seal the Application for a Warrant to Seize Property Subject to Forfeiture and attached Affidavit.   Upon considering the United States' motion and weighing the public's right of access to documents filed in this district, the Court finds that good cause exists at this time to allow the Application and attached Affidavit to be filed under seal.

    IT IS HEREBY ORDERED that the United States' motion is granted.   The Clerk of District Court shall file under seal the Application for a Warrant to Seize Property Subject to Forfeiture and attached Affidavit.

**DATED** this 9th day of August, 2017.

_____
John Johnston
United States Magistrate Judge